# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

131274 & (44)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK W. DUPUIS,
   Plaintiff-Appellant,

v

UTICA MUTUAL INSURANCE COMPANY,
   Defendant-Appellee.

SC: 131274
COA: 250766
Wayne CC: 02-211653-CK

_____/

  On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

p0416